STATE OF HAWAII, Plaintiff-Appellee *v.* ELLEN RICE, Defendant-Appellant

NO. 8627

(CRIMINAL NO. C81-8676)

JANUARY 28, 1983

LUM, ACTING C.J., NAKAMURA, PADGETT AND HAYASHI, JJ., AND RETIRED JUSTICE MENOR, ASSIGNED BY REASON OF VACANCY

*Per Curiam.* This is an appeal from a conviction of prostitution. A single point is raised on appeal. Appellant pled guilty to the charge of prostitution and her attorney made an oral motion for a deferred acceptance of guilty plea under § 853-1,

HRS. The trial court held that under § 712-1200(4), he could not grant such a plea. Subsection 4 was added by Act 110 of the Session Laws of 1981. It provides:

Notwithstanding any other law to the contrary, a person convicted of committing the offense of prostitution shall be sentenced as follows:

(a) For the first offense, a fine of $500 . . . .

Since the last amendment to § 853-1, HRS, was by § 42 of Act 232 of the Session Laws of 1980, we think that § 853-1, HRS, is "any other law to the contrary" and that the court below therefore correctly construed § 712-1200(4) as taking away his power to grant deferred acceptance of guilty pleas in prostitution cases.

Affirmed.

*Keith M. Kiuchi,* Deputy Public Defender, on the briefs, for appellant.

*Arthur E. Ross,* Deputy Prosecuting Attorney, and *John M. Conte,* law student intern, on the brief, for appellee.